J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BUSWELL and PAMELA BUSWELL,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a Connecticut Corporation licensed to do business in California, and DOES 1-25, INCLUSIVE,<br><br>                    Defendants. | Case No. 5:25-cv-02097-SSS-SPx<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Hon. Sunshine S. Sykes |

On April 27, 2026 Plaintiffs "JEFFREY BUSWELL and PAMELA BUSWELL, and Defendant THE STANDARD FIRE INSURANCE COMPANY (collectively, the "Parties") filed a Joint Stipulation of Dismissal of Action With Prejudice ("Stipulation").

The Court having considered the Parties' Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

1

1. This action is dismissed, in its entirety, with prejudice and each party to bear its/their own costs, expenses, and fees.

IT IS SO ORDERED.

Dated: April 28, 2026

_____

SUNSHINE S. SYKES
United States District Judge